UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:12-cr-00038-JMS-MJD ) |
| THOMAS E. BEHLING, II (01), | ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt. [86] recommending that Thomas E. Behling II's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [86]. The Court finds that Mr. Behling committed Violation Number 1, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [73]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Behling is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day imprisonment with no supervised release to follow. The Court further recommends placement at a facility close to Indianapolis, Indiana.

Date: 3/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal